ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Jeffrey Traurig
Email*:*  jtraurig@archerlaw.com

*Special Litigation Counsel for Howard P. Magaliff*
*Chapter 7 Trustee of Allways East Transportation, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 7 |
| ALLWAYS EAST TRANSPORTATION, INC., | Case No. 16-22589 (RDD) |
| Debtor. | |

---------------------------------------------------------------------x

| | |
|---|---|
| HOWARD P. MAGALIFF, Chapter 7 Trustee of ALLWAYS EAST TRANSPORTATION, INC., | Adv. Pro. No. 18-08328 (RDD) |
| Plaintiff, | |
| v. | |
| JUDITH KOLLER, | |
| Defendant. | |

---------------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                                ) ss.:
COUNTY OF NEW YORK  )

        CHRISTIAN HANSEN, being duly sworn, deposes and says that:

        I am not a party to this action, am over 18 years of age and reside in New York, New York.

On November 7, 2019, I caused to be served true and correct copies of the following:

> *Motion of Plaintiff for Entry of a Default Judgment Against Defendant* [Docket No. 13]
>
> *Declaration of Jeffrey Traurig in Support of Motion of Plaintiff for Entry of Default Judgment Against Defendant* [Docket No. 14]

by first class mail and certified mail, return receipt requested on the parties identified on the service list attached hereto as Exhibit A.

                                                  /s/ Christian Hansen
                                                  Christian Hansen

Sworn to before me this
  11th  day of November, 2019

     /s/ Maryann Katchen
Notary Public

Maryann Katchen
Notary Public, State of New York
No. 01KA4891017
Qualified in Queens County
Commission Expires April 27, 2023

217592547v1

**Exhibit A**
**Service List**

Judith Koller
c/o Lawrence A. Garvey & Associates, PC
Attn: Lawrence A. Garvey, Esq.
50 Main Street, Suite 390
White Plains, NY 10606

Judith Koller
53 Stonehedge Drive South
Greenwich, CT 06831

Judith Koller
P.O. Box 527
Yonkers, NY 10703

Judith Koller
4 Ringneck Court
Cape May, NJ 08204-5506